Northern Trust Company, trustee under will and codicil thereto of Angela C. Gormully, deceased, appellee, v. Virginia J. Blake, appellee. Mary Cudahy, appellee. American College of Roman Catholic Church of United States, appellant. Gen. No. 39,484.

 Heard in the first division of this court for the first district at the April term, 1937. Opinion filed June 14, 1937. Rehearing denied June 28, 1937.

Joseph D. Daly, for appellant; James F. Burns and Francis E. Donnelly, of counsel. Carleton H. Pendleton, for certain appellee; Vincent L. Toomey, of counsel. Bayley, Webster, Gregory & Hunter, for certain other appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Saul Joseph and Corwin D. Querrey, administrators of estate of Sherin Joseph, deceased, appellees, v. Metropolitan Life Insurance Company, appellant. Gen. No. 39,454.

 Heard in the first division of this court for the first district at the April term, 1937. Opinion filed June 28, 1937.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Raymond C. Schnell, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Charles H. Couch, appellee, v. Central Republic Trust Company and Felix Rothschild, appellants. Gen. No. 39,451.

 Heard in the first division of this court for the first district at the April term, 1937. Opinion filed June 28, 1937.

Rowe & Bailey, for appellants; Joseph A. Bailey and Henry H. Caldwell, of counsel. Clarence W. Shaver, for appellee; Louis E. Levinson, of counsel.

Mr. Justice McSurely delivered the opinion of the court.